UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-

TYRONE OLDYN,

        Defendant.

No. 10-CR-00094 (JSR)

[PROPOSED] ORDER EXONERATING BOND

---

JED S. RAKOFF, United States District Judge:

    WHEREAS Defendant Tyrone Oldyn was sentenced by this Court on March 23, 2021,

    IT IS HEREBY ORDERED, that the Defendant's appearance bond entered in this matter be exonerated, and

    IT IS FURTHER ORDERED that all of the Defendant's phones seized in the course of his arrest be returned to him.

SO ORDERED.

Dated: 3/24, 2021
New York, New York

By: _____
HON. JED S. RAKOFF
UNITED STATES DISTRICT JUDGE