UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :     **ORDER**
   - v. -                                             :
                                                      :     Dkt. No. 10 Cr. 94 (JSR)
TYRONE OLDYN,                                         :
                                                      :
            Defendant.                                :
------------------------------------------------------x

WHEREAS, TYRONE OLDYN was indicted, pled guilty, and is preparing to be sentenced in Case No. 23 Cr. 678 (RMB); and

WHEREAS, TYRONE OLDYN's attorney in that matter, JILL R. SHELLOW, has represented to this Court that the draft Presentence Report in Case No. 23 Cr. 678 relies in part on the Presentence Report prepared in this matter; and

WHEREAS, Ms. Shellow has asked this Court for permission to review Mr. Oldyn's Presentence Report in this matter;

IT IS HEREBY ORDERED that the Probation Department shall provide a copy of the Presentence Report prepared in connection with Mr. Oldyn's sentencing in Case No. 10 Cr. 94 (JSR) to Ms. Shellow; however, the Presentence Report shall otherwise remain sealed.

7/24/25
DATE

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK